6 A.3d 1286

IN THE MATTER OF JOHN J. MCLOUGHLIN, JR.,
AN ATTORNEY AT LAW (NO. 009521986).

November 22, 2010.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JOHN J. McLOUGHLIN, JR.,** formerly of **BRICK,** who was admitted to the bar of this State in 1986, and who was suspended from the practice of law for a period of three months effective April 24, 2004, by Order of this Court filed March 26, 2004, be restored to the practice of law, effective immediately.